Sparks v Qendro (2025 NY Slip Op 07197)

Sparks v Qendro

2025 NY Slip Op 07197

Decided on December 23, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., BANNISTER, NOWAK, DELCONTE, AND HANNAH, JJ.

968 CA 25-00323

[*1]KATHLEEN SPARKS, PETITIONER-RESPONDENT,
vLINDA A. QENDRO, RESPONDENT-APPELLANT. 

DAVID G. GOLDBAS, UTICA, FOR RESPONDENT-APPELLANT. 
SCHMITT & LASCURETTES, LLC, UTICA (TOD M. LASCURETTES OF COUNSEL), FOR PETITIONER-RESPONDENT. 

 Appeal from an order of the Surrogate's Court, Herkimer County (John H. Crandall, S.), entered August 16, 2024. The order, among other things, granted petitioner's motion insofar as it sought summary judgment determining that she is the rightful owner of two Morgan Stanley Accounts. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision by the Surrogate.
Entered: December 23, 2025
Ann Dillon Flynn
Clerk of the Court